STATE OF NEW JERSEY v. THOMAS MURPHY.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED OLIVER.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST COFIELD.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK KEVIN SMITH.

May 19, 1987.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Cameron*, 104 *N.J.* 42 (1986), and *State v. Warren*, 104 *N.J.* 571 (1986).

Jurisdiction is not retained.